UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

FILED
JAMES J. VILT, JR. - CLERK
MAR 08 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**REBECCA C. BURKEEN**
a/k/a REBEKAH CAROL BURKEEN
**SCOTT E. ESMON II**

INDICTMENT

NO. 5:22CR17-TBR

18 U.S.C. § 922(a)(6)
18 U.S.C. § 922(d)(1)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(False Statement During Purchase of a Firearm)*

On or about May 20, 2021, in the Western District of Kentucky, Calloway County, Kentucky, the defendant, **REBECCA C. BURKEEN** a/k/a REBEKAH CAROL BURKEEN, in connection with the acquisition of a firearm, a Taurus International, Model G2C, 9 millimeter semi-automatic pistol, bearing serial number 1C039088, from H&H Guns LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to H&H Guns LLC, which statement was intended and likely to deceive H&H Guns LLC, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented she was the actual purchaser of a firearm.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

The Grand Jury further charges:

## COUNT 2
*(Transfer of a Firearm to a Prohibited Person)*

On or about and between May 26, 2021 and June 7, 2021, in the Western District of Kentucky, Calloway County, Kentucky, the defendant, **REBECCA C. BURKEEN** a/k/a REBEKAH CAROL BURKEEN, knowingly gave, provided, and allowed the use and possession of a firearm, that is, a Taurus International, Model G2C, 9 millimeter semi-automatic pistol, bearing serial number 1C039088, to SCOTT E. ESMON II, knowing and having reasonable cause to believe that SCOTT E. ESMON II had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

The Grand Jury further charges:

## COUNT 3
*(Felon in Possession of Firearm)*

In or about and between May 26, 2021 and June 7, 2021, in the Western District of Kentucky, Calloway County, Kentucky, the defendant, **SCOTT E. ESMON II**, knowingly possessed, in and affecting commerce, a Taurus International, Model G2C, 9 millimeter semi-automatic pistol, bearing serial number 1C039088, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about November 8, 2018, in Calloway Circuit Court, Calloway County, Kentucky, in Case Number 17-CR-00250, **SCOTT E. ESMON II**, was convicted of the offense of First-Degree Possession of a Controlled Substance, a felony,

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(a)(6), 922(d)(1), 922(g)(1), and 924(a)(2), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **REBECCA C. BURKEEN** a/k/a REBEKAH CAROL BURKEEN and **SCOTT E. ESMON II**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses, including but not limited to: a Taurus International, Model G2C, 9 millimeter semi-automatic pistol, bearing serial number 1C039088.

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:LAD

UNITED STATES OF AMERICA v. **REBECCA C. BURKEEN** a/k/a REBEKAH CAROL BURKEEN and **SCOTT E. ESMON II**

## PENALTIES

Counts 1-3:      NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:	Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:	Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:	Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:	Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.